Same case below, 402 Fed. Appx. 463.

**No. 10-1275. James Constant, Petitioner v. California ex rel. Department of Transportation.**

564 U.S. 1020, 131 S. Ct. 3031, 180 L. Ed. 2d 847, 2011 U.S. LEXIS 4678,

June 20, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Two, denied.

**No. 10-1277. Elizabeth Campbell, Petitioner v. Kellermyer Building Services, LLC.**

564 U.S. 1020, 131 S. Ct. 3031, 180 L. Ed. 2d 847, 2011 U.S. LEXIS 4773,

June 20, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Pittsburgh Office, denied.

**No. 10-1279. Edward H. Flint, Petitioner v. Katie King, Judge, District Court of Kentucky, Jefferson County.**

564 U.S. 1020, 131 S. Ct. 3031, 180 L. Ed. 2d 847, 2011 U.S. LEXIS 4620.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-1280. James Widtfeldt, Petitioner v. Nebraska Equal Opportunity Commission, et al.**

564 U.S. 1020, 131 S. Ct. 3032, 180 L. Ed. 2d 847, 2011 U.S. LEXIS 4730,

June 20, 2011. Petition for writ of certiorari to the Court of Appeals of Nebraska denied.

**No. 10-1281. Gerald Wayne Lindgren, Petitioner v. Glacial Plains Cooperative.**

564 U.S. 1020, 131 S. Ct. 3032, 180 L. Ed. 2d 847, 2011 U.S. LEXIS 4645.

June 20, 2011. Petition for writ of certiorari to the Court of Appeals of Minnesota denied.

**No. 10-1288. Yiling Zhang, Petitioner v. Inland Counties Regional Center, Inc.**

564 U.S. 1020, 131 S. Ct. 3032, 180 L. Ed. 2d 847, 2011 U.S. LEXIS 4743.

June 20, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Two, denied.

**No. 10-1355. John Racz, Petitioner v. California.**

564 U.S. 1020, 131 S. Ct. 3038, 180 L. Ed. 2d 847, 2011 U.S. LEXIS 4626.

June 20, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.